JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
LAVERNE FIELDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LAVERNE FIELDS,<br><br>　　　　Defendant. | CR NO. S-11-262-01 WBS<br><br>JOINT REQUEST AND [~~PROPOSED~~] ORDER FOR A PRE-PLEA REPORT CALCULATING MR. FIELDS' CRIMINAL HISTORY<br><br>Judge: Hon. William B. Shubb |

　　　　The Parties, Jason Hitt, Esq., Assistant United States Attorney, and counsel for defendant Laverne Fields, John R. Manning, Esq., jointly request the Court order the United States Probation Department to draft a pre-plea report for the sole purpose of calculating defendant Laverne Fields' criminal history. Mr. Fields' criminal history is sufficiently complicated that a pre-plea report is necessary to assist the parties in resolving the matter.

　　　　Respectfully submitted,

Dated: June 11, 2012　　　　　　　　　　/s/ John Manning
　　　　　　　　　　　　　　　　　　　　JOHN R. MANNING
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Laverne Fields

1

Dated: June 12, 2012					Benjamin B. Wagner
							United States Attorney

					by:	/s/ Jason Hitt
							Jason Hitt
							Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
LAVERNE FIELDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>LAVERNE FIELDS,<br><br>　　　Defendant. | CR NO. S-11-262 WBS<br><br>ORDER FOR A PRE-PLEA REPORT CALCULATING MR. FIELDS' CRIMINAL HISTORY<br><br>Judge: Hon. William B. Shubb |

UPON GOOD CAUSE SHOWN and the joint request of the Parties, it is ordered the United States Probation Department draft a pre-plea report for the sole purpose of calculating defendant Laverne Fields' criminal history.

IT IS SO ORDERED.

Dated:      June 12, 2012

　　　　　　　　　　　　　　　　_William B. Shubb_
　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE