JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
LAVERNE FIELDS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-262 WBS |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS CONFERENCE |
| v. | ) |
| | ) Date: August 27, 2012 |
| LAVERNE FIELDS, et al., | ) Time: 9:30 a.m. |
| | ) Judge: Honorable William B. Shubb |
| Defendants. | ) |
| | ) |
| | ) |

The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Laverne Fields, John R. Manning, Esq., and counsel for defendant Erik Solisfox, Christopher Haydn-Myer, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on July 30, 2012.

2. By this stipulation, defendants now move to continue the status conference until August 27, 2012 at 9:30 a.m. and to exclude time between July 30, 2012 and August 27, 2012 under the Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

    a. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses. Additionally, United States

1

Probation is in the process of preparing a pre plea criminal history report regarding defendant, Laverne Fields, and needs more time to complete the requested report.

b. Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The Government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of July 30, 2012 to August 27, 2012, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 24, 2012                                         /s/ John R. Manning
                                                             JOHN R. MANNING
                                                             Attorney for Defendant
                                                             Laverne Fields

Dated: July 24, 2012                                        /s/  Christopher Haydn-Myer
                                                            CHRISTOPHER HAYDN-MYER
                                                            Attorney for Defendant
                                                            Erik Solisfox


Dated: July 26, 2012                                        Benjamin B. Wagner
                                                            United States Attorney

                                                   by:      /s/  Jason Hitt
                                                            JASON HITT
                                                            Assistant U.S. Attorney


**ORDER**

IT IS SO FOUND AND ORDERED this 30th day of July, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE