UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>LAVERNE FIELDS,<br><br>         Defendant. | No. 2:11-CR-262 WBS<br><br><br>ORDER |

----oo0oo----

On April 1, 2019, defendant Laverne Fields filed a Motion to Terminate Supervised Release pursuant to 18 U.S.C. § 3583(e)(1). (Docket No. 142.) The United States shall file its response to defendant's motion no later than thirty (30) days from the date of this order. Defendant may file a reply no later than twenty-one (21) days from the date of the filing of the United States' opposition. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated:  April 3, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE