UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LAVERNE FIELDS,<br><br>    Defendant. | No. 2:11-CR-262 WBS<br><br><br><br>ORDER |

----oo0oo----

On April 1, 2019, defendant Laverne Fields filed a Motion to Terminate Supervised Release pursuant to 18 U.S.C. § 3583(e)(1). (Docket No. 142.) The government's opposition was filed on June 18, 2019. (Docket No. 145.) Defendant may file a reply no later than twenty-one (21) days from the date of filing of this order. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated: June 18, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE