UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LAVERNE FIELDS,<br><br>        Defendant. | No. 2:11-cr-262 WBS<br><br>**ORDER** |

----oo0oo----

Defendant filed a Motion to Terminate Supervised Release (Docket No. 142) on April 1, 2019. The United States filed its Opposition (Docket No. 145) on June 18, 2019. Defendant has not filed a Reply. Having taken the motion under submission and considered all of the relevant factors in 18 U.S.C. § 3553(a)(1), the court in the exercise of its discretion denies the motion.

Early termination of supervised release is a rare occurrence, usually preceded by "new or unforeseen circumstances" that render the original term "either too harsh or

1

inappropriately tailored to serve the general punishment goals of section 3553(a)". See United States v. Miller, 205 F.3d 1098, 1101 (9th Cir. 2000). Mere compliance with the terms of supervised release does not ordinarily constitute exceptional behavior or circumstances sufficient to justify early termination of supervised release. See United States v. Emmett, 749 F.3d 817, 824 (9th Cir. 2014).

Here, defendant has presented no substantial evidence or persuasive argument to suggest any unforeseen circumstances that render the current term of his supervised release either too harsh or inappropriately tailored to the proper goals of supervised release, nor has he suggested any reason why his continuing on supervision would constitute any serious burden.

IT IS THEREFORE ORDERED that defendant's Motion to Terminate Supervised Release (Docket No. 142) be, and the same hereby is, DENIED.

Dated: July 31, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE